ACCEPTED
07-15-00128-CV
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
7/1/2015 7:57:38 AM
Vivian Long, Clerk

NO. 07-15-00128-CV

IN THE SEVENTH DISTRICT COURT OF APPEALS
AMARILLO, TEXAS

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
7/1/2015 7:57:38 AM
VIVIAN LONG
CLERK

Le Nguyen,

Appellant,

v.

Elena Lopez, *et al.*,

Appellees.

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

**TO THE HONORABLE COURT OF APPEALS:**

The undersigned enters his appearance as lead counsel for Appellees.

Respectfully submitted,

/s/Charles "Chad" Baruch
The Law Office of Chad Baruch
Texas Bar Number 01864300
3201 Main Street
Rowlett, Texas 75088
Telephone: (972) 412-7192
Facsimile: (972) 412-4028
E-Mail: baruchEsq@aol.com

**NOTICE OF APPEARANCE**
**PAGE 1**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this instrument was served upon all counsel of record by e-filing and by email to joyce@joycelindauer.com this 1st day of July, 2015.

/s/Charles "Chad" Baruch